JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSMOS DESIGN FLOORING, INC., <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., et al., <br><br> Defendants. | Case No.  CV 23-5559-GW-JPRx <br><br> **ORDER TO DISMISS** |

 Based upon the Notice of Dismissal Pursuant to FRCP 41(a) or (c) [12], it is hereby ORDERED that this action is dismissed in its entirety.

 IT IS SO ORDERED.

Dated: August 15, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE